AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

GREGORY HUGHES,

    Plaintiff,

V.

BANK OF AMERICA CORP., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:12-cv-00513-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the remaining parties are **DISMISSED**, and this case is closed.

June 16, 2014

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk